UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:06-cr-0119-01 (SEB/KPF) |
| ) | |
| SERGIO BUEZO, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Sergio Buezo's supervised release be modified instead of revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court as follows:

Mr. Buezo's supervised release is modified as follows:

    1. For up to four months, Mr. Buezo shall reside at a community corrections center, preferably, the Volunteers of America, Indianapolis, Indiana, in accordance with the rules and regulations as set by the U. S. Parole and Probation Office for the Southern District of Indiana.

    2. Upon release from the Volunteers of America, Mr. Buezo shall continue on supervised release under the previously-ordered release conditions imposed at sentencing.

04/27/2011
IT SO ORDERED this _____ day of April, 2011.


SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Joe Vaughn.
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

Bill Dazey,
Office of the Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service